CKf 30001.802

ORIGINAL

RECEIVED
AUG 02 2007
Neyhart, Anderson
Flynn & G

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; [SEE ATTACHED CAPTION]<br><br>V.<br><br>ISETTA DATA AND COMMUNICATIONS and ANDREW JOHN ISETTA (aka Andy Isetta), its owner | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br><br># C 07 3912 BZ<br><br>E-filing |

TO: (Name and address of defendant)

ISETTA DATA AND COMMUNICATIONS
1301 REDWOOD WAY, Suite 155
Petaluma, CA 94954

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott M. De Nardo (S.B. #216749)
NEYHART, ANDERSON, FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, CA 94104

Tel. (415) 677-9440
Fax (415) 677-9445
Email: sdenardo@neyhartlaw.com

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

 SPRINKLES

JUL 3 0 2007

DATE _____



AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served:

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐   Returned unexecuted:

☐   Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   _____        _____
                      Date                                              Signature of Server

                                                                        _____
                                                                        Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,

       Plaintiffs,

v.

ISETTA DATA AND COMMUNICATIONS and ANDREW JOHN ISETTA (aka Andy Isetta), its owner,

       Defendants.

| Attorney or Party Without Attorney:<br>Neyhart, Anderson, Flynn & Grosboll<br>44 Montgomery Street, Suite 2080<br>San Francisco, Ca 94104<br>Telephone No: 415-677-9440    FAX No: 415-677-9445<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: International Brotherhood Of Electrical Workers District 9 Pension Plan, Et Al.
Defendant: Isetta Data and Communications, et al.

| **PROOF OF SERVICE**<br>**summons** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C073912BZ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; First Amended Complaint & Request for Jury Trial; Civil Cover Sheet; Order Setting Initial Cae Management Conference & Case Management Conference Order; ECF Registration Information; Welcome to the U.S. District Court Information Sheet; Notice of Assignment to Magistrate Judge.

3. a. Party served:                       Isetta Data and Communications
   b. Person served:                      Andrew John Isetta, agent for service

4. Address where the party was served:    1301 Redwood Way, Suite 155
                                          Petaluma, Ca 94954

5. I served the party:
   b. **by substituted service.** On: Tue., Aug. 21, 2007 at: 9:45AM I left the documents listed in item 2 with or in the presence of:
   Marilyn Bartow, clerk, White, Female, 55 Years Old, Gray Hair, Blue Eyes, 5 Feet 7 Inches, 135 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: Isetta Data and Communications
   Other: Entity Unknown

7. Person Who Served Papers:
   a. Evan Dresser
   
   **LEGAL EXPRESS LTD.**
   1831 HARTMAN LN.
   P.O. BOX 808001
   PETALUMA, CA 94975-8001
   PHONE 707-765-6765
   FAX 707-765-6762

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:    $55.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    P168
      (iii) County:              Sonoma

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Aug. 22, 2007                                            (Evan Dresser)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007         PROOF OF SERVICE
                                               summons                           neyhart.140956

| *Attorney or Party without Attorney:* <br> Neyhart, Anderson, Flynn & Grosboll <br> 44 Montgomery Street, Suite 2080 <br> San Francisco, Ca 94104 <br> *Telephone No:* 415-677-9440    *FAX No:* 415-677-9445 <br> *Attorney for:* Plaintiff | *Ref. No or File No.:* | *For Court Use Only* |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Northern District Of California

*Plaintiff:* International Brotherhood Of Electrical Workers District 9 Pension Plan, Et Al.
*Defendant:* Isetta Data and Communications, et al.

| **PROOF OF SERVICE** <br> **By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C073912BZ |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons in a Civil Case; First Amended Complaint & Request for Jury Trial; Civil Cover Sheet; Order Setting Initial Cae Management Conference & Case Management Conference Order; ECF Registration Information; Welcome to the U.S. District Court Information Sheet; Notice of Assignment to Magistrate Judge.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Tue., Aug. 21, 2007
   b. Place of Mailing:        Petaluma, Ca 94975
   c. Addressed as follows:    Isetta Data and Communications
                               1301 Redwood Way, Suite 155
                               Petaluma, Ca 94954

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Aug. 21, 2007 in the ordinary course of business.

5. *Person Serving:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Ioanna Asimos                                         d. **The Fee** for Service was:  $55.00
   b. Legal Express Limited                                 e. I am: (3) registered California process server
      P.O. Box 808001                                           (i)   Independent Contractor
      Petaluma, Ca 94975                                        (ii)  Registration No.:  115
   c. 707 765-6765, FAX 707-765-6762                            (iii) County:            Marin

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Aug. 22, 2007

                                                                                                    (Ioanna Asimos)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007                PROOF OF SERVICE
                                                          By Mail                                   neyhart.140956