1  RICHARD HILL, Bar No. 083629
   ELIZABETH YOUNG, Bar No. 245400
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399.8490
5

6  Attorneys for Defendant
   ISETTA DATA AND COMMUNICATIONS AND ANDREW
7  JOHN ISETTA

8  RICHARD K GROSBOLL, Bar No. 99729
   SCOTT M. DENARDO, Bar No. 216749
9  NEYHART, ANDERSON, FLYNN & GROSBOLL
   44 Montgomery Street, Suite 2080
10 San Francisco, CA 94104
   Telephone:    415.667.9440
11 Facsimile:    415.677.9445

12 Attorneys for Plaintiffs

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16 INTERNATIONAL BROTHERHOOD                 Case No. C 07 3912 BZ
   OF ELECTRICAL WORKERS
17 DISTRICT 9 PENSION PLAN;                  **STIPULATION EXTENDING TIME TO
   NORTHERN CALIFORNIA-                      FILE ANSWER**
18 NORTHERN NEVADA SOUND &
   COMMUNICATION DISTRICT NO. 9              Complaint Filed: July 30, 2007
19 HEALTH & WELFARE TRUST FUND;
   NORTHERN CALIFORNIA-
20 NORTHERN NEVADA SOUND &
   COMMUNICATION DISTRICT NO. 9
21 APPRENTICESHIP & TRAINING
   COMMITTEE; JOHN O'ROURKE, as
22 Trustee of the above,

23                       Plaintiffs,

24      v.

25 ISETTA DATA AND
   COMMUNICATIONS AND ANDREW
26 ISETTA (AKA ANDY ISETTA)

27                       Defendants.

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION EXTENDING TIME TO     1.     Case No. C 07 3912 BZ
FILE ANSWER

1  IT IS HEREBY STIPULATED pursuant to Northern District Local Rule 6-1(a), by
2  and between Plaintiffs, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
3  DISTRICT 9 PENSION PLAN, NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND &
4  COMMUNICATION DISTRICT NO. 9 HEALTH & WELFARE TRUST FUND, NORTHERN
5  CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT NO. 9
6  APPRENTICESHIP & TRAINING COMMITTEE and JOHN O'ROURKE, and Defendants
7  ISETTA DATA AND COMMUNICATIONS and ANDREW ISETTA, that the time for filing a
8  response to Plaintiffs' Complaint be extended by fifteen (15) days, until and including September 26,
9  2007.

10  IT IS SO STIPULATED.

11  Dated: September 14, 2007

12  _____
    ELIZABETH YOUNG
13  LITTER MENDELSON
    A Professional Corporation
14  Attorneys for Defendant
    ISETTA DATA AND COMMUNICATIONS and
15  ANDREW ISETTA

16  Dated: September 14, 2007

17  _____
    RICHARD K. GROSBOLL
    SCOTT M. DENARDO
18  NEYHART, ANDERSON, FLYNN &
    GROSBOLL
19  Attorneys for Plaintiffs

Firmwide:83100320.1 800000.3590

STIPULATION EXTENDING TIME             2.                          Case No. C 07 3912 BZ
TO FILE ANSWER