RICHARD N. HILL, Bar No. 083629
ELIZABETH YOUNG, Bar No. 245400
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendants
ISETTA DATA AND COMMUNICATIONS AND ANDREW
JOHN ISETTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT NO. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT NO. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,<br><br>Plaintiffs,<br><br>v.<br><br>ISETTA DATA AND COMMUNICATIONS AND ANDREW ISETTA (AKA ANDY ISETTA)<br><br>Defendants. | Case No. C 07 3912 BZ<br><br>**ANSWER TO COMPLAINT**<br><br>Complaint Filed: July 30, 2007 |

Defendants Isetta Data and Communications and Andrew Isetta (hereinafter "Defendants") answer Plaintiffs' Complaint by admitting, denying, and alleging as follows:

**ANSWER TO ALLEGATIONS**

1.  Answering the allegations of paragraph 1, Defendants admit that this Court has jurisdiction under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C.

1  § 1132(a), (e) and (g), 29 U.S.C. § 1145 and the Labor-Management Relations Act ("LMRA"), 29 U.S.C. § 185, and 28 U.S.C. § 1331.

2.  Answering the allegations of paragraph 2, Defendants admit that venue is appropriate in this District.

3.  Answering the allegations of paragraph 3, Defendants admit that the INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN, the NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT NO. 9 HEALTH & WELFARE TRUST FUND, and the NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT NO. 9 APPRENTICESHIP & TRAINING COMMITTEE are multi-employer employee benefit plans pursuant to ERISA, 29 U.S.C. § 1002(3), (37) and 29 U.S.C. § 1132(d)(1) and are jointly trusteed employee benefit trusts pursuant to the LMRA, 29 U.S.C. § 186(c)(5). Defendants admit that Employers make contributions to the Trusts pursuant to the requirements of their Collective Bargaining Agreement(s) with the International Brotherhood of Electrical Workers and certain of its locals and the National Electrical Contractors Association. Defendants admit that the Trusts are the authorized agents or successors to earlier Trusts under the agreement between the Union and the Defendants.

4.  Answering the allegations of paragraph 4, Defendants lack sufficient information upon which to admit or deny the truth of the factual allegations contained in paragraph 4, and on that basis deny the allegations of said paragraph.

5.  Answering the allegations of paragraph 5, Defendants lack sufficient information upon which to admit or deny the truth of the factual allegations contained in paragraph 5, and on that basis deny the allegations of said paragraph.

6.  Answering the allegations of paragraph 6, Defendants agreed to be bound by the terms and conditions of the most recent SOUND & COMMUNICATIONS 9th DISTRICT AGREEMENT & NORTHERN CALIFORNIA & NORTHERN NEVADA ADDENDUM #2 (A, B, C, & D) Collective Bargaining Agreement ("CBA") between the IBEW and NECA, effective as of the date signed, except as to projects in progress and projects already bid. Defendants admit that a true and correct copy of the CBA is attached to the complaint as Exhibit A and that a true and correct

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

ANSWER TO COMPLAINT    2.    Case No. C 07 3912 BZ

1  copy of "Letters of Assent – B" are attached to the complaint as Exhibit B. Defendants admit that the CBA specifies the rate of pay, rules and working conditions and requires the Defendants to make timely monthly contributions to the Trusts for fringe benefits for its covered employees. Defendants admit that the applicable Trust fund contribution rates are also set forth in the CBA, and that any employer who agrees to be bound to the CBA also agrees to be bound to the respective Trust Agreements.

7.  Answering the allegations of paragraph 7, Defendants admit that Defendant ISETTA DATA & COMMUNICATIONS is a business entity providing sound and communication electrical contracting services to businesses and residential consumers. Defendants admit that Defendant Andrew John ISETTA is an individual and sole owner of ISETTA DATA & COMMUNICATIONS. Defendants admit that they engage in the sound and communication electrical industry and/or contracting business in Sonoma County in California, and surrounding areas. Except as expressly admitted or alleged herein, Defendants lack sufficient information upon which to admit or deny the truth of the remaining factual allegations contained in paragraph 7, and on that basis deny the remaining allegations of said paragraph.

8.  Answering the allegations of paragraph 8, Defendants admit that they are engaged in the construction industry in California and as such are an "employer" "engaged in an industry or activity affecting commerce" within the meaning of 29 U.S.C. § 152, 29 U.S.C. § 185, and 29 U.S.C. §§ 1002(5), 1003 and 1145.

9.  Answering the allegations of paragraph 9, Defendants admit that they have not paid all of the required contributions pursuant to the CBA and/or Trust Agreements. Except as expressly admitted or alleged herein, Defendants deny each and every allegation of paragraph 9.

10. Answering the allegations of paragraph 10, Defendants are unable to admit or deny the allegations containing conclusions of law or legal principles asserted by Plaintiff, as said conclusions are not allegations of fact to which an admission or denial is required by the Federal Rules of Civil Procedure.

11. Answering the allegations of paragraph 12, Defendants admit that jurisdiction is based on 29 U.S.C. § 1132(a)(3).

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

ANSWER TO COMPLAINT    3.    Case No. C 07 3912 BZ

12. Answering the allegations of paragraph 13, Defendants admit that the CBA and applicable trust agreements require all employers, upon request, to submit to an audit by auditors for the Trusts.

13. Defendants deny each and every allegation of paragraph 14.

14. Defendants deny each and every allegation of paragraph 15; however, Defendants have agreed to submit to an audit.

15. Answering the allegations of paragraph 17, Defendants admit that jurisdiction is based on ERISA, 29 U.S.C. § 1132(a), (e) and (g) and § 1145.

16. Answering the allegations of paragraph 18, Defendants admit that they have not paid all of the required contributions pursuant to the CBA and/or Trust Agreements. Except as expressly admitted or alleged herein, Defendants deny each and every allegation of paragraph 18.

17. Answering the allegations of paragraph 19, Defendants are unable to admit or deny the allegations contained therein, as they are conclusions of law or legal principles asserted by Plaintiffs and not allegations of fact to which an admission or denial is required by the Federal Rules of Civil Procedure. To the extent said paragraph contains allegations of fact, Defendants deny each and every allegation contained therein.

18. Answering the allegations of paragraph 21, Defendants admit that jurisdiction is based on 29 U.S.C. § 185(a).

19. Answering the allegations of paragraph 22, Defendants are unable to admit or deny the allegations contained therein, as they are conclusions of law or legal principles asserted by Plaintiffs and not allegations of fact to which an admission or denial is required by the Federal Rules of Civil Procedure. To the extent said paragraph contains allegations of fact, Defendants deny each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

**FOR THEIR FIRST SEPARATE AFFIRMATIVE DEFENSE**, Defendants allege that Plaintiffs, by their conduct or otherwise, are equitably estopped to assert any wrongful conduct on the part of Defendants.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940

ANSWER TO COMPLAINT    4.    Case No. C 07 3912 BZ

**FOR THEIR SECOND SEPARATE AFFIRMATIVE DEFENSE**, Defendants allege that Plaintiffs, by their conduct or otherwise, waived their right to assert any wrongful conduct on the part of Defendants.

**FOR THEIR THIRD SEPARATE AFFIRMATIVE DEFENSE**, Defendants allege that Plaintiffs' claims are moot.

**FOR THEIR FOURTH SEPARATE AFFIRMATIVE DEFENSE**, Defendants allege that Plaintiffs failed to exhaust the administrative remedies and/or appeal procedures available under the terms of the CBA, trust agreements, and/or subscriber agreements and, as a result, the action is barred and the court lacks jurisdiction over the action.

WHEREFORE, Defendants prays for judgment as follows:

1. That Plaintiffs take nothing by reason of their Complaint;
2. That costs of suit incurred herein, including reasonable attorneys' fees, be awarded to Defendants pursuant to 29 U.S.C. § 1132(g); and
3. For such other and further relief as the Court deems just and proper.

Dated: September 27, 2007

ELIZABETH YOUNG
LITTER MENDELSON
A Professional Corporation
Attorneys for Defendants
ISETTA DATA AND COMMUNICATIONS and
ANDREW ISETTA

Firmwide:83147739.1 057710.1000

ANSWER TO COMPLAINT   5.   Case No. C 07 3912 BZ

LITTLER MENDELSON
A Professional Corporation
650 California Street
Twentieth Floor
San Francisco, CA 94108.2693
415.433.1940