# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

November 2, 2007

To:  Scott Michael De Nardo
Richard K. Grosboll
Richard N. Hill
Neyhart Anderson Flynn & Grosboll
44 Montgomery Street, Suite 2080
San Francisco, CA 94104


Re: International Brotherhood of Electrical Workers District 9 Pension Plan, et al.
v. Isetta Data & Communications, et al. - C07-3912 BZ

Dear Sirs:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **November 26, 2007 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 7, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:   Lashanda Scott
Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

November 2, 2007

To:   Scott Michael De Nardo
      Richard K. Grosboll
      Richard N. Hill
      Neyhart Anderson Flynn & Grosboll
      44 Montgomery Street, Suite 2080
      San Francisco, CA 94104


Re: International Brotherhood of Electrical Workers District 9 Pension Plan, et al.
    v. Isetta Data & Communications, et al. - C07-3912 BZ

Dear Sirs:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **November 26, 2007 at 4:00 p.m.**  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 7, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

            /s/ Lashanda Scott
By:    Lashanda Scott
       Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

November 2, 2007

To:   Scott Michael De Nardo
Richard K. Grosboll
Richard N. Hill
Neyhart Anderson Flynn & Grosboll
44 Montgomery Street, Suite 2080
San Francisco, CA 94104


Re: International Brotherhood of Electrical Workers District 9 Pension Plan, et al.
    v. Isetta Data & Communications, et al. - C07-3912 BZ

Dear Sirs:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **November 26, 2007 at 4:00 p.m.** To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 7, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:   Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd