RICHARD N. HILL, Bar No. 083629
ELIZABETH YOUNG, Bar No. 245400
LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940

Attorneys for Defendants
ISETTA DATA AND COMMUNICATIONS and
ANDREW JOHN ISETTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT NO. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA –NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT NO. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above,, <br><br> Plaintiffs, <br><br> v. <br><br> ISETTA DATA AND COMMUNICATIONS AND ANDREW ISETTA (AKA ANDY ISETTA), <br><br> Defendants. | Case No. C 07 3912 BZ <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 5, 2007

LITTLER MENDELSON

By: /s/ Richard N. Hill
RICHARD N. HILL
Attorneys for Defendant
ISETTA DATA AND COMMUNICATIONS
and ANDREW ISETTA

Firmwide:83506004.1 057710.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

2.

CASE NO. C 07 3912 BZ