UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

International Brotherhood of Electrical
Workers District 9 Pension Plan, et al.

No. C 07-03912 BZ

Plaintiff(s),

v.

Isetta Data & Communications, et al.

Defendant(s).

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 11/7/2007

Signature /s/

Counsel for Plaintiffs   Scott M. DeNardo
(Plaintiff, Defendant, or indicate "pro se")