IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN,<br><br>    Plaintiff,<br><br>v.<br><br>ISETTA DATA AND COMMUNICATIONS,<br><br>    Defendant. | No. C 07-03912SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, December 14, 2007, at 2:00 p.m. Counsel shall comply with the attached order when preparing for the conference.



Dated: November 20, 2007     RICHARD W. WIEKING, Clerk

 

Tracy Sutton
Deputy Clerk