1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>ISETTA DATA AND COMMUNICATIONS and ANDREW JOHN ISETTA, its owner,<br><br>      Defendants. | CASE NO.: C-07-3912 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE &** **[Proposed] ORDER THEREON**<br><br>Date:   December 14, 2007<br>Time:   2:00 p.m.<br>Judge:  Hon. Susan Illston<br>Courtroom:    10<br>Location: 19th Floor,<br>          450 Golden Gate Ave.<br>          San Francisco, CA 94102<br><br>Complaint Filed:   07/30/07<br>Trial Date:        None set. |

1  IT IS HEREBY STIPULATED by and between Plaintiffs INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS DISTRICT 9 PENSION PLAN; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 HEALTH & WELFARE TRUST FUND; NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND & COMMUNICATION DISTRICT No. 9 APPRENTICESHIP & TRAINING COMMITTEE; JOHN O'ROURKE, as Trustee of the above, (hereinafter collectively referred to as the "Plaintiffs", "Trusts" or "Funds") and the Defendants ISETTA DATA AND COMMUNICATIONS and ANDREW JOHN ISETTA (aka Andy Isetta), its owner that the Case Management Conference currently set for December 14, 2007 at 2:00 p.m. be continued until January 18, 2008 or any later time, as <u>the parties are engaged in settlement discussion and anticipate filing settlement documents with the Court shortly</u>.

IT IS SO STIPULATED.

Dated: 11/30/2007

Respectfully Submitted,

NEYHART, ANDERSON, FLYNN & GROSBOLL

By: _____
SCOTT M. DeNARDO
Attorney for Plaintiffs

Dated: 11/30/07

LITTLER MENDELSON

By: _____
RICHARD HILL
Attorney for Defendants

1  [PROPOSED] ORDER:

2      IT IS HEREBY ORDERED that the Case Management Conference currently set for

3  December 14, 2007 at 2:00 p.m. be continued to January ____, 2008 at _____ a.m./p.m.

4  IT IS SO ORDERED.

6  Dated: _____   _____
                                  U.S. District Court Judge